Bruce Godshaw, appellee, v. Ludwig Schindler, appellant. Gen. No. 31,510.

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 2, 1927.

Miller, Gorham, Wales & Noxon, for appellant; Edward R. Adams, of counsel. Arthur P. Feigen, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

P. L. Emerson and Mrs. P. L. Emerson, appellees, v. United Auto Wreckers, Inc., and William Randall, appellants. Gen. No. 31,542.

Trover for wrongful conversion of automobile. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927. Rehearing denied May 16, 1927.

Philip A. Weinstein, for appellants. Samuels, Costello & Greenberg, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Samuel B. Blanksten and Harry Freeman, trading as Blanksten & Freeman, appellants, v. Krawitz Drug & Truss Company, appellee. Gen. No. 31,560.

Action for legal services. Plaintiffs appeal from inadequate judgment. Appeal from the Municipal Court of Chicago; the Hon. Joel. C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

Morris K. Levinson, for appellants. Raymond J. Roth, for appellee; Edward A. Zimmerman and Harold J. Clark, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Armour & Company, appellant, v. M. L. Barrett & Company, appellee. Gen. No. 31,177.

Action for breach of sales contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed with finding of facts and judgment entered here. Opinion filed May 2, 1927.

Charles J. Faulkner, Jr., Walter C. Kirk and A. B. Reid, for appellant. Musgrave, Oppenheim, Price & McKeever, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Nicholas Moser, defendant in error, v. Mary Moser et al., plaintiffs in error. Gen. No. 31,192.

Bill for accounting, injunction and receiver. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 2, 1927.

G. A. Buresh and Marx Loehwing, for plaintiffs in error.    Edward H. Morris and James B. Cashin, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

Nicholas Moser, appellee, v. Mary Moser et al., on appeal of Charles Reinhardt and Elizabeth Reinhardt, appellants.    Gen. No. 31,300.

Bill for accounting, receiver and injunction.    Decree for complainant.    Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed May 2, 1927.

G. A. Buresh and Marx Loehwing, for appellants.    Edward H. Morris and James B. Cashin, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Charlotte A. Nichols, appellee, v. Your Cab Company, appellant. Gen. No. 31,292.

Action for personal injuries from taxicab.    Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Charles A. Williams, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed May 2, 1927.

John A. Bloomingston, for appellant.    Philip Rosenthal, for appellee; Stuart B. Krohn, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Stewart E. Seaman, appellant, v. East St. Louis Cotton Oil Company, appellee.    Gen. No. 31,330.

Action to recover extra bonus for services.    Judgment for defendant.    Appeal from the Superior Court of Cook county; the Hon. Willis F. Graham, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed. Opinion filed May 2, 1927.    Rehearing denied May 16, 1926.

Thomas E. Rooney and Ferdinand Goss, for appellant.    Charles J. Faulkner, Jr., F. R. Baird and A. F. Reichmann, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

T. B. Crawford Millinery Company, appellee, v. S. J. Brash, trading as Brash Trimmed Hat Company, appellant.    Gen. No. 31,392.

Action for goods sold and delivered.    Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1926.    Affirmed.    Opinion filed May 2, 1927.

Charles S. Knudson, for appellant.    Albert M. Blum and John S. O'Donnell, for appellee.

Mr. Justice Johnston delivered the opinion of the court.